IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES C. ROWE, et al.,      )
                            )
    Plaintiffs,             )
                            )   CIVIL ACTION NO.
    v.                      )     2:19cv107-MHT
                            )          (WO)
UNITED STATES OF AMERICA,   )
et al.,                     )
                            )
    Defendants.             )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 12) is adopted to the extent set forth in the memorandum opinion entered today.

(2) Plaintiffs' proposed amended complaint (Doc. 10) is construed as a motion for leave to file an amended complaint out of time, and the motion is granted.

(3) This lawsuit is dismissed without prejudice for

failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of March, 2022.

                                         /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**